IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DIANE BLOUNT MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>STEAK 'N SHAKE OPERATIONS, INC.,<br><br>    Defendant. | Civil Action File<br>No. 1:15-cv-03840-MHC |

### DISMISSAL WITHOUT PREJUDICE – DEFENDANT STEAK 'N SHAKE OPERATIONS, INC.

**NOW COMES** Plaintiff Diane Blount Moore, by counsel, and hereby dismisses her Complaint herein against Defendant, Steak 'N Shake Operations, INC., WITHOUT PREJUDICE.

This the 2nd day of March, 2016.

Respectfully Submitted,
**DENNIS LAW FIRM, LLC**

André Dennis,
Bar No.: 606645
Attorney for the Plaintiff

233 Peachtree St. NE,
Suite 1265
Atlanta, Georgia 30303
Tel: (404) 850-7951